1
2
3
4
5          **UNITED STATES DISTRICT COURT**
6            EASTERN DISTRICT OF CALIFORNIA
7

| | |
|---|---|
| 8 WILLIAM GONZALEZ, | Case No. 1:11-cv-01600-DLB PC |
| 9      Plaintiff, | **ORDER TO SHOW CAUSE** |
| 10   v. | ECF No. 8 |
| 11 PLEASANT VALLEY STATE PRISON, | RESPONSE DUE WITHIN TWENTY-ONE |
| 12      Defendant. | DAYS |

13

14       Plaintiff William Gonzalez ("Plaintiff") is a prisoner in the custody of the California

15 Department of Corrections and Rehabilitation.  Plaintiff is proceeding pro se in this civil action

16 pursuant to 42 U.S.C. § 1983.  On September 12, 2011, Plaintiff filed his complaint.  On June 22,

17 2012, the Court screened Plaintiff's complaint and dismissed it for failure to state a claim, with leave

18 to amend.  ECF No. 8.  The order was served on Plaintiff by mail.  On July 3, 2012, the order was

19 returned as undeliverable.  As of the date of this order, Plaintiff has not filed an amended complaint

20 or otherwise responded to the Court.

21       Accordingly, it is HEREBY ORDERED that Plaintiff is to show cause within twenty-one

22 (21) days why this action should not be dismissed for failure to state a claim.  If Plaintiff fails to

23 show cause or otherwise timely respond, the Court will dismiss this action for failure to obey a court

24 order and failure to state a claim.

25 IT IS SO ORDERED.

26

27   Dated:   **September 14, 2012**         /s/ *Dennis L. Beck*

28                      UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28