# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM GONZALEZ,<br><br>Plaintiff,<br><br>v.<br><br>PLEASANT VALLEY STATE PRISON, et al.,<br><br>Defendants. | Case No. 1:11-cv-01600-DLB PC<br><br>**ORDER DIRECTING CLERK OF THE COURT TO CLOSE ACTION PURUANT TO PLAINTIFF'S MOTION TO DISMISS ACTION**<br><br>ECF No. 13 |

Plaintiff William Gonzalez ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983. On December 13, 2012, Plaintiff filed a motion requesting dismissal of this action without prejudice. ECF No. 13.

The plaintiff may dismiss an action without a court order when a stipulation of dismissal is signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A)(ii). Plaintiff is the only party to appear in this action.

Accordingly, it is HEREBY ORDERED that the Clerk of the Court is directed to close this action pursuant to Plaintiff's notice of dismissal.

IT IS SO ORDERED.

Dated:   **December 17, 2012**         /s/ Dennis L. Beck
UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28